AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ORFORD FREEMAN | ) | Case No. 19-1961 |
| | ) | UNDER SEAL |
| | ) | |

*Defendant*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
between August of 2018 and April of 2019

On or about the date of _____ in the county of _____Erie_____ in the ____Western____ District of

__Pennsylvania__ , the defendant violated __18__ U. S. C. §§371 and 2312 , an offense described as follows:

Count 1: 18 U.S.C. Section 371 (conspiracy) from in or around August of 2018 to April of 2019
Count 2: 18 U.S.C. Section 2312 (interstate transportation of stolen motor vehicles) August of 2018

This criminal complaint is based on these facts:

See attached.

☑ Continued on the attached sheet.

*Complainant's signature*

Chase A. Stephens, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____09/12/2019_____

*Judge's signature*

City and state: _____Pittsburgh, PA_____

Patricia L. Dodge, United States Magistrate Judge
*Printed name and title*