FILED

NOV 25 2019

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 19-356 |
| ) | (18 U.S.C. § 371) |
| ORFORD FREEMAN ) | |

## INFORMATION

### COUNT ONE

The United States Attorney charges:

### THE CONSPIRACY AND ITS OBJECTS

From in and around January of 2016, and continuing thereafter to in and around December of 2018, in the Western District of Pennsylvania and elsewhere, defendant ORFORD FREEMAN and persons known and unknown to the United States Attorney, did knowingly and willfully conspire, combine, confederate and agree together and with each other, to commit offenses against the United States, namely, Interstate Transportation of Stolen Motor Vehicles, in violation of Title 18, United States Code, Section 2312.

### MANNER AND MEANS OF THE CONSPIRACY

1. It was part of the conspiracy that defendant ORFORD FREEMAN and other persons known and unknown to the United States Attorney agreed that members of the conspiracy would travel to various locations in New Jersey, Pennsylvania and Maryland in order to steal motor vehicles, to include utility terrain vehicles (hereinafter "UTVs"), and tractor mowers from retailers and equipment dealers.

2. It was further part of the conspiracy that defendant ORFORD FREEMAN and other persons known and unknown to the United States Attorney agreed that, after stealing the aforesaid motor vehicles, they would then transport the stolen items to locations in New Jersey, New York

or South Carolina.

4. It was further part of the conspiracy that, between in and around January of 2016, and in and around December of 2018, members of the conspiracy stole the above-referenced types of motor vehicles from various retail stores and equipment dealers in the Western District of Pennsylvania and elsewhere, including the following retail stores and equipment dealers on the following dates:

| VICTIM RETAIL STORES/EQUIPMENT DEALERS | DATES OF THEFTS (APPROXIMATE) |
| --- | --- |
| Sports Chalet, Inc. | January 20-21, 2016 |
| Best Line Equipment | January 20-21, 2016 |
| Antietam Tractor and Equipment | August 31 - September 1, 2016 |
| McCoy's Lawn and Garden | January 4-5, 2017 |
| Pipersville Garden Center | March 31 - April 1, 2017 |
| Pipersville Garden Center | June 13-14, 2017 |
| Best Line Powersports | January 13-15, 2018 |
| Harter Equipment, Inc. | April 4-5, 2018 |
| Kermit K. Kistler, Inc. | June 3, 2018 |
| Victory Auto | June 1-4, 2018 |
| Fabin's Trailer Sales & Truck Accessories | August 28-29, 2018 |
| A.R. Beatty Diesel, Inc. | August 28-29, 2018 |
| M&R Power Equipment | December 5-6, 2018 |
| Viking Spirit Trailers | December 18-19, 2018 |
| Carn's Equipment, LLC | December 18-19, 2018 |

5. It was further part of the conspiracy that, between January of 2016 and December of 2018, members of the conspiracy transported, and caused to be transported, the stolen motor vehicles from locations in Maryland and Pennsylvania to locations in New Jersey, and from locations in New Jersey to locations outside of New Jersey, where members of the conspiracy sold and attempted to sell the stolen items.

## OVERT ACTS

6. In furtherance of the conspiracy, and to effect the objects of the conspiracy, defendant ORFORD FREEMAN and other persons both known and unknown to the United States

2

Attorney, committed the following overt acts in the Western District of Pennsylvania and elsewhere:

(a) On or about the night of January 20-21, 2016, at least one member of the conspiracy stole a white ATC trailer, with a value in excess of $5,000, from the business known as Sports Chalet, Inc., located at 1535 Hausman Road, Allentown, PA.

(b) On or about the night of January 20-21, 2016, at least one member of the conspiracy stole four Kubota UTVs from the Best Line Equipment Leasing store located at 1315 Hausman Road, Allentown, PA.

(c) On or about the night of August 31 - September 1, 2016, at least one member of the conspiracy attempted to steal a Kubota zero turn mower and a Kubota tractor mower from the Antietam Tractor and Equipment store located at 20927 Leitersburg Turnpike, Hagerstown, Maryland.

(d) On or about the night of January 4-5, 2017, at least one member of the conspiracy stole two Kubota UTVs and a Kubota zero turn lawn mower from the McCoy's Lawn and Garden store located at 7820 Woodbury Pike, Roaring Springs, PA.

(e) On or about the night of March 31 - April 1, 2017, at least one member of the conspiracy attempted to steal two Kubota UTVs from the Pipersville Garden Center store located at 6940 Old Easton Road, Pipersville, PA.

(f) On or about the night of June 13-14, 2017, at least one member of the conspiracy stole three Kubota UTVs from the Pipersville Garden Center store located at 6940 Old Easton Road, Pipersville, PA.

(g) On or about January 13-15, 2018, at least one member of the conspiracy stole two Polaris UTVs from the business known as Best Line Powersports located at 2031 General

Potter Highway, Centre Hall, PA.

(h)   On or about the night of April 4-5, 2018, at least one member of the conspiracy stole two Kubota zero turn lawn mowers from the business known as Harter Equipment, Inc., located at 615 State Route 33, Millstone, NJ.

(i)   On or about the night of June 3, 2018, at least one member of the conspiracy stole two Polaris UTVs from the business known as Kermit K. Kistler, Inc., located at 7886 Kings Highway, New Tripoli, PA.

(j)   On or about June 1-4, 2018, at least one member of the conspiracy stole a Ford F-350 pickup truck from the Victory Auto dealership located at 1001 West Fourth Street, Lewistown, PA.

(k)   On or about the night of August 28-29, 2018, at least one member of the conspiracy stole a trailer from the Fabin's Trailer Sales & Truck Accessories store located at 5324 Kuhl Road, Erie, PA.

(l)   On or about the night of August 28-29, 2018, at least one member of the conspiracy stole two Kubota UTVs, a Kubota zero turn mower and a Kubota backhoe loader from the business known as A.R. Beatty Diesel, Inc., located at 5251 Kuhl Road, Erie, PA.

(m)   On or about the night of December 5-6, 2018, at least one member of the conspiracy stole two Kubota tractors from the M&R Power Equipment store located at 620 Evans City Road, Butler, PA.

(n)   On or about the night of December 18-19, 2018, at least one member of the conspiracy stole a Cargo Express trailer from the business known as Viking Spirit Trailers located at 839 Evans City Road, Renfrew, PA.

(o) On or about the night of December 18-19, 2018, at least one member of the conspiracy stole two Polaris UTVs from the business known as Carn's Equipment, LLC located at 14357 Clearfield Shawville Highway, Clearfield, PA.

In violation of Title 18, United States Code, Section 371.

_____
SCOTT W. BRADY
United States Attorney
PA ID No. 88352

5